# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M6H | F5235704 | LINHART | 2273 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 2/27/2022 1333HRS
Offense Charged ☒ CFR ☐ USC ☐ State Code: 36 CFR 261.13

Place of Offense: FSR291 / Madison Arm Rd

HAZMAT ☐

Offense Description: Factual Basis for Charge
Violation of Travel Management

### DEFENDANT INFORMATION

Last Name: Prestwich
First Name: Isaac
M.I.: M

Tag No: 1LG6578  State: ID  Year: 2014  Make/Model: Ford Sedan  Color: Silver

APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 200.00 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT → $ 230.00 Total Collateral Due
www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 2601 2nd Ave N, Billings MT 59101
Date: 5/17/2022
Time: 0900 HRS

X Defendant Signature: [signed]

Original - CVB Copy
*F5235704*
FS-5300-4 (1/2020)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

SEE ATTACHED

The foregoing statement is based upon:
☐ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT= Hazardous material involved in incident; PASS= 9 or more passenger vehicle;
CDL= Commercial drivers license; CMV= Commercial vehicle involved in incident